IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SADAR DOE, *et al.*, ) | ) |
| Petitioners, ) | ) |
| v. ) | Civil Action No. 05-CV-1704 (JR) |
| GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) | ) |
| Respondents. ) | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, copies of the foregoing were transmitted via

Federal Express to counsel for petitioner:

> Elizabeth P. Gilson
> 383 Orange Street
> New Haven, CT 06511
> (203) 777-4050

>   /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W.   Room 7226
> Washington, DC  20530
> Tel.:  (202) 514-3338
> Fax:  (202) 616-8202

> One of the Attorneys for Respondents