UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SADAR DOE, *et al*,            :
                                :
         Petitioner,            :
                                :
    v.                          :  Civil Action No. 05-1704 (JR)
                                :
GEORGE W. BUSH, *et al,*        :
                                :
         Respondents.           :

**ORDER TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, notice is hereby given to respondents of the pendency of petitioner's petition for writ of habeas corpus. The Court takes judicial notice of good cause for allowing additional time for respondents to make a return certifying the true cause of petitioner's detention. Such a return must be made on or before September 21, 2005.


                                JAMES ROBERTSON
                                United States District Judge