IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SADAR DOE, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1704 (JR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**RESPONDENTS' RESPONSE TO ORDER TO SHOW CAUSE
AND NOTICE OF *IN CAMERA* SUBMISSION UNDER SEAL**

Respondents hereby submit, as explained herein, the final records of proceedings before

the Combatant Status Review Tribunal pertaining to petitioners Bahtiyar Mahnut (listed in the

petition as Sadar Doe) and Arkina Amahmud (listed in the petition as Arkeen Doe)[1] in response

to the August 31, 2005 docket entry in this matter, entitled "Order to Show Cause," directing

respondents to "make a return certifying the true cause of petitioner's detention."  For the reasons

explained in the records, petitioners have been determined to be enemy combatants affiliated

with forces engaged in hostilities against the United States and its coalition partners.

Accordingly, petitioners are lawfully subject to detention pursuant to the President's power as

Commander in Chief or otherwise, and are being detained.

The portion of the records suitable for public release are attached hereto.  See Exhibit A

(petitioner Bahtiyar Mahnut); Exhibit B (petitioner Arkina Amahmud).  The remaining portions

---

[1]  Based on the minimal information presented in the petition and provided by counsel,
respondents have only been able to make an educated guess as to the identities of these
petitioners.

of the records, including information that is classified or not suitable for public release, are being

submitted to the Court under seal for *in camera* review. At this time, respondents have not made

available to petitioners' counsel in the secure facility another version of the factual return,

containing classified information suitable for disclosure to counsel under seal, because counsel

do not have security clearances and the Protective Order governing counsel's access to classified

and other sensitive information has not been entered in this case. Further, given that proper

jurisdiction over this case has not been established, see Respondents' Motion for Order to Show

Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing (dkt. no.

4), respondents object to any requirement that they be required to provide classified information

to petitioners' counsel, even once counsel receive security clearances and the Protective Order is

entered in this case, until proper jurisdiction is determined to exist.

 For the reasons explained in the records, petitioners have been determined to be enemy

combatants and are, therefore, lawfully subject to detention pursuant to the President's power as

Commander in Chief or otherwise.[2] Accordingly, the petition for writ of habeas corpus should

be dismissed and the relief sought therein denied.

Dated:  September 21, 2005    Respectfully submitted,

           PETER D. KEISLER
           Assistant Attorney General

           KENNETH L. WAINSTEIN
           United States Attorney

---

 [2] Thus, petitioners' claim that this case and Qassim v. Bush, No. 05-CV-0497 (JR), "involve common issues of fact unique among the Guantanamo Bay habeas petitions" because both cases were filed on behalf of detainees who are determined to no longer be enemy combatants, see Reply to Respondents' Objection to Petitioners' Related Case Designation (dkt. no. 7), is incorrect.

DOUGLAS N. LETTER
Terrorism Litigation Counsel

_/s/_ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Rm. 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents