UNCLASSIFIED//~~FOUO~~

A: At that time in the camp, we didn't know about the fights going on between the Taliban and the Northern Alliance, but I heard about the fighting from outside.

Q: Outside from where?

A: In my home country.

Q: Before you got there?

A: Yes.

Q: You mentioned that you turned in your passport. Was a passport needed to go from China to Pakistan?

A: Yes, a passport is required to go from China to Pakistan.

Q: You mentioned that you didn't speak the Afghani language, correct?

A: Yes.

Q: Is that true of the Arabic language also?

A: True.

Q: So, on the way to Pakistan when you ran into the Arabs, how did you communicate?

A: I said "Pakistan, Pakistan," they said "Pakistan" and we just followed. That was the communication.

Q: I'd like to know the story about the monkeys.

A: We escaped when the bombing started. We saw a little hole, like a bunker in the mountainside and saw two monkeys run out. We cleaned it out and lied down. When it got dark, a lot of stones were falling from the top of the mountain. We were scared, thinking there was another bomb. We were scared to get up, but we looked around and the monkeys were throwing stones from the mountain at the people lying down because we were sleeping in their home.

**Tribunal President's Questions to Detainee**

Q: You said you traveled to Afghanistan in June or July of 2001?

A: Yes.

UNCLASSIFIED//~~FOUO~~

Q: And your purpose was to attend training at this camp in Afghanistan. Is that correct?

A: It was not my intention to go to a war zone. I heard there was a war going on when I was in my home country. If there is a war going I don't want to go to the war zone.

I went to that place [training camp] because I had a financial problem. I needed the money, so I was forced to go there to survive.

Q: In your home country you had a financial problem?

A: When I got to Pakistan, I had financial problems. The people in Pakistan told me there was a freedom fighters group in Afghanistan and if I went there, they'd feed my stomach, I'd be okay and then as soon as the financial stuff is fixed, they'd pick me up.

Q: I understand. At this training camp in Afghanistan, were there others besides your ■■■ brothers?

A: No, only ■■■.

Q: No Arabs or Afghanis?

A: No.

Q: Did you have weapons training on the AK-47 at the training camp?

A: Yes.

Q: Have you ever had weapons training before attending this camp in Afghanistan, either in Pakistan, or Kashmir or your home country?

A: The Kalashnikov, I've seen pictures, but never had the training.

Q: Thank you for your testimony.

A: Also, thank all of you.

Q: Is there any information you would like to make known to us before we call the witness?

A: Yes, I have one more thing to tell. The U.S. said we have ties with the Taliban, so I have to talk about this issue.

ISN# 277
Enclosure (3)
Page 9 of 18

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//~~FOUO~~

Al Qaeda's name we heard in here. Al Qaeda is an enemy of the whole world and the United States. The whole world is against the Al Qaeda organization. The Turkistanis need help from people stronger than the Chinese, like the U.S.

▮ is a smart person and he knows that if we had ties with Al Qaeda, that would mean all the Uighur people would lose help from the whole world and lose our goals.

To get our independence, we need the whole world's help, from a country like the U.S. If Al Qaeda is an enemy of the United States, it's the whole world's enemy. If we want freedom, how could we have ties with the whole world's and America's enemy? If we have those ties, we will lose everything.

We never heard of Al Qaeda. We did not have ties with Al Qaeda in the past and we will not have ties with Al Qaeda in the future.

We understand that Al Qaeda was established by Arab people, and we understand also that those Arab people have their own country and can live however they want in their own country. We are Uighurs and have lost our country on the west side of China. I don't know what their goals are, they can live independently and freely in their country and I don't understand why they're fighting with the whole world and the Americans. I have no knowledge about why they're fighting.

I believe our leaders are smart enough to figure out that if we had ties with Al Qaeda we would be left out of world support. I personally don't believe our leaders will do that.

The second thing, if Uighurs go to Kazakhstan, Kyrgyzstan or Pakistan, and are captured, they will send us back to China. Pakistan sent back 10 or 12 people and they were killed. Kyrgyzstan sent back 2 people to China and they were killed. We had no chance to stay in those countries. Afghanistan is the only place Uighurs can stay safely. Uighurs need a permanent location to get our country back and to fight against them.

The only help the Uighurs got from the Taliban was that they allowed us to stay in their territory and didn't send us back to China. They just supported us by letting us stay in their home country and to get trained to fight the Chinese government.

If anyone has any more questions, I can answer them.

**Tribunal Members Questions to Detainee**

Q:    If you were to be set free, you would go back to your homeland, which is China, unless you were to get asylum somewhere?

ISN# 277
Enclosure (3)
Page 10 of 18

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//FOUO

A: I was going to ask that. My Personal Representative told me that if I am innocent I'll go back to my home country. If I'm guilty and come back an enemy, I will stay. I was going to ask you about this. If I go back to China they will kill me, but if I wanted to stay here do I have to make myself guilty?

Tribunal President: It is my understanding that if we determine you are not properly classified as an enemy combatant, you will be released to your home country.

Detainee: China is not my country. My original country is Turkistan. How can I go back to China if China is not my home country? If I have to go back to my home country, I will wait until my country is free. Then I will go back to my home country, I will not go back to China.

Tribunal President: You will have an opportunity to address that at a later time if that turns out to be the case.

Detainee: The main goal of all Uighurs is not to go back to China. We're seeking political asylum.

Tribunal President: That's beyond our authority. All we have been assigned to do is to determine your classification, whether you are or are not an enemy combatant.

Detainee: We would really like to hear from you guys any news about our families. All the Detainees living here get letters or some sort of communication with their families, but we don't get any communications from our families back home. We don't receive mail or anything. We're living really miserable lives. We would like to hear about our kids and if things have gotten better.

Tribunal President: We have no issues with that. That is not within our realm of authority or responsibility. We are here only to determine if you are an enemy combatant. There are processes in place in this facility that will address that issue.

Detainee: I just remembered one thing, I'd like to tell you if you have time. The Personal Representative told me that 2 Uighurs from Kyrgyzstan were sent back to China because they planned to attack the U.S. Embassy in Kyrgyzstan. I'd like to talk about that.

Tribunal President: I have no knowledge of that.

Detainee: I'd like to tell you about it.

Tribunal President: Does this have relevance to your determination of enemy combatant status?

UNCLASSIFIED//~~FOUO~~

Detainee: It says that the Uighur people are involved in terrorist activity and that's why I wanted to talk about this. The Kyrgyzstan terrorist act recently happened and that's why I want to talk about this.

Tribunal President: And you said that the Personal Representative brought this to your attention?

Detainee: Yes.

Tribunal President: Through this...[consults with Tribunal Judge Advocate]

Personal Representative: ...mentioned terrorist activity on that document [R-3], Sir.

Tribunal President: You may begin.

Detainee: The fights between the Uighurs and the Chinese have been happening for a long time. They didn't just happen yesterday. Two Uighur people have been captured in Kyrgyzstan and then were sent back to China.

If I am sent back to China, they will torture me really bad. They will use dogs; they will pull out my nails, and all kinds of bad torture. The Chinese government tried to block the Uighur people from getting help from the U.S. government. If [we are] sent back, the Chinese will make up a fake story to tell everybody. I hope the whole world and the United States don't believe the Chinese who are blaming all the problems on the Uighur people.

Tribunal President: We'll certainly take everything you tell us into consideration.

Personal Representative: Sir, for clarity, the statement he is talking about is page 48 of the Terrorist Guide, second paragraph, under activities.

Tribunal President: Yes, exhibit R-3.

**The Personal Representative called [REDACTED] as a witness for the Detainee.**

**The Tribunal President advised the Detainee that when the witness comes in, the Detainee will be allowed to question him first, then the Personal Representative, the Recorder and then the Tribunal Members.**

**The witness, [REDACTED] was sworn.**

**Detainee's Questions to Witness [REDACTED]**

Q: They want to know if we were in the camp, and left the camp together. I want you to testify for that.

A:    I will testify for you.

Tribunal President: You may begin.

Witness: I don't know where to begin.

Tribunal President: Mahnut will ask you questions and then the others will ask you questions.

Tribunal President: Do you have any questions for the witness?

Detainee: You can ask questions. We can move on.

**Personal Representative's Questions to Witness**

Q:    When did you meet Mahnut?

A:    I don't know the exact time, but I met him when I was in Jalalabad.

Q:    Were you in the training camp together?

A:    Yes.

Q:    Who were the people training in the camp?

A:    It's not someone telling us what to do, it's volunteer. People train themselves.

Q:    What kinds of people were at the camp? Anyone else besides

A:    No.

Q:    Do you know who ran the camp?

A:    

Q:    Where is the camp in relation to Jalalabad?

A:    I don't know what kind of relationship they have in Jalalabad, but the village belongs to Jalalabad City.

Q:    Did you ever encounter any Taliban or Al Qaeda at the camp?

A:    No.

UNCLASSIFIED//~~FOUO~~

Q: Were you ever asked to join in fighting in Afghanistan?

A: If I don't see them, how would they ask me those kinds of questions?

Q: Were you and Mahnut captured together?

A: Yes.

**Tribunal Members Questions for Witness** ▮

Q: Can you tell us what the difference is between a ▮ and a ▮ please?

A: All the ▮ are being called ▮

Q: Is there any difference between the two words?

A: There is no difference between ▮ and ▮ because we use our country name for ▮

Q: Which is ▮?

A: That's why we call ourselves that, we use our land name.

Q: So, the goal of the ▮ people is to establish a free country called ▮?

A: Yes.

Q: We have heard the name of a group today called the Eastern Turkistan Islamic Movement. Can you tell us anything about this group?

A: Because you call this group the Eastern Turkistan Islamic Movement, we don't call it that. We didn't join that group. When we came to that place [training camp] no one called it the Islamic Movement. We don't call it by that name. Everything is volunteer and nobody asked us to join an organization. Our goals were just to go there to get trained.

**Tribunal President's Questions to Witness** ▮

Q: Did you train at any other training camp besides the one in Afghanistan?

A: No.

Q: Did you receive weapons training at the camp in Afghanistan?

A: I wasn't really trained on the weapon, I just learned a little bit about how to use it.

ISN# 277
Enclosure (3)
Page 14 of 18

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//~~FOUO~~

Q: What did you hope to accomplish by attending this training camp?

A: It's in the best interest of the ▌ people for me to defend myself because I was living in ▌

Q: This Tribunal thanks you for your testimony and you are excused. Guards, please return the witness.

A: Can I talk?

Q: No. Only in reply to questions. If Mahnut has no more questions, we thank you for your testimony.

A: The questions you asked don't really apply to his [Detainee's] case.

Q: The questions we are asking, we feel apply in our determination of his [Detainee's] enemy combatant status. You are excused.

**The Personal Representative called ▌ as a witness for the Detainee.**

Detainee: Can I talk until the witness comes in?

Tribunal President: If you would like, you are certainly free to talk.

Detainee: I want you to ask the witnesses anything you'd like that applies to my case. I don't want you to ask him about his own questions.

Tribunal President: You're welcome to request that, but if we feel that your association with that individual and what his activities have been with you, that has a determination in your status.

Detainee: It's okay as long as it helps my case.

Tribunal President: That's why you have the opportunity to ask the witness anything you'd like to help your case. In turn, since you have made him available, we will ask him anything we feel has relevance to your case.

Detainee: Okay.

**The Witness, ▌ was sworn.**

**Detainee's Questions to Witness ▌**

ISN# 277
Enclosure (3)
Page 15 of 18

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//FOUO

Q: Did you stay with me in the ▮▮▮ camp in Afghanistan?

A: Yes.

Q: Did you come to Pakistan from Afghanistan with me?

A: Yes.

Q: Are you going to testify that we were captured in Pakistan in the same place?

A: Yes, I will. I was captured at the same time and at the same place with him [Detainee].

**Personal Representative's Questions to Witne**▮▮▮▮▮▮▮▮▮▮

Q: When did you meet Mahnut?

A: End of July, 2001.

Q: How far is the camp from Jalalabad?

A: It ties with another village.

Q: How long would it take to drive there from Jalalabad?

A: Approximately 2-3 hours.

Q: Did you see any fighting while you were at the camp?

A: There was no fighting in the camp, there was bombing.

Q: Do you know who ran the camp?

A: ▮▮▮▮▮▮

Q: How many people were at the camp?

A: During that time, a little over 30 people.

Q: What kind of people were they?

A: All of them were ▮▮▮▮

Q: Were they ever asked to fight in Afghanistan?

ISN# 277
Enclosure (3)
Page 16 of 18

UNCLASSIFIED//FOUO

UNCLASSIFIED//~~FOUO~~

A:  There was no such conversation.

Q:  Did you ever have any contact with the Taliban or Al Qaeda?

A:  No.

Q:  Is there any other information you feel would be relevant to this case?

A:  No.

**Tribunal Members Questions to Witness,** ▓▓▓▓▓▓▓▓▓▓

Q:  Outside of your time at the training camp together, did you or Mahnut have any other type of military training?

A:  At the camp?

Q:  Anywhere.

A:  We just ran early in the morning, but we never had any training at any other place.

Q:  Was this the first time you've had military training, as far as learning how to use weapons?

A:  Yes, the first time.

Q:  You said you don't think Al Qaeda gave any help to the ▓▓▓▓ at the camp?

A:  I don't know. What is Al Qaeda?

Q:  You don't know what that means?

A:  I've heard about it from other people, but I don't exactly know what kind of activities they do.

Q:  Besides the ▓▓▓▓ who would you consider the enemies of the ▓▓▓▓ people?

A:  Besides the ▓▓▓▓ there are no ▓▓▓▓ enemies.

Q:  Why did you go to Afghanistan to train?

A:  This doesn't apply to his [Detainee's] case. I will tell you about this when it is my turn.

Q:  Did you have an opportunity to train in Pakistan?

ISN# 277
Enclosure (3)
Page 17 of 18

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//FOUO

A: No, I didn't have a chance and also I didn't even want to get training when I was in Pakistan.

**Tribunal President's Questions to Witness**

Q: Why do you think Mahnut went to this training camp in Afghanistan?

A: Because he heard about the ▮▮▮ in Afghanistan against the ▮▮▮ government, that's the one reason he might have gone to Afghanistan. For myself, I went for that reason.

Q: Do you know if Mahnut has had any association with the Taliban?

A: I don't know about it.

Q: Did you also get the training on the AK-47 at the same time as Mahnut?

A: I got the same training, but I trained later.

Q: Did you see Mahnut with a weapon during the training?

A: I don't remember.

Q: This Tribunal thanks you for your testimony and you are excused.

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.



Colonel, U.S. Marine Corps
Tribunal President

ISN# 277
Enclosure (3)
Page 18 of 18

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

# DETAINEE ELECTION FORM

Date: 09 Oct 04
Start Time: 0840
End Time: 1030

ISN#: 277

Personal Representative: LTCOL ████████
(Name/Rank)

Translator Required? YES          Language? UIGHUR

CSRT Procedure Read to Detainee or Written Copy Read by Detainee? YES

---

**Detainee Election:**

[X]    Wants to Participate in Tribunal

[ ]    Affirmatively Declines to Participate in Tribunal

[ ]    Uncooperative or Unresponsive

**Personal Representative Comments:**

17 in camp witnesses. Polite and calm.

████ B ████

Personal Representative

UNCLASSIFIED//FOUO

Exhibit D-a

UNCLASSIFIED

## Combatant Status Review Board

TO: Personal Representative

FROM: OIC, CSRT (29 September 2004)

Subject: Summary of Evidence for Combatant Status Review Tribunal -BAHTIYAR, Mahnut.

1. Under the provisions of the Secretary of the Navy Memorandum, dated 29 July 2004, *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base Cuba*, a Tribunal has been appointed to review the detainee's designation as an enemy combatant.

2. An enemy combatant has been defined as "an individual who was part of or supporting the Taliban or al Qaida forces, or associated forces that are engaged in hostilities against the United States or its coalition partners. This includes any person who committed a belligerent act or has directly supported hostilities in aid of enemy armed forces."

3. The United States Government has previously determined that the detainee is an enemy combatant. This determination is based on information possessed by the United States that indicates that the detainee is a member of a force engaged in hostilities against the United States or its coalition partners.

   Detainee is a member of an extremist organization linked to al Qaida.

   1. Detainee was in a ████ training camp in Tora Bora from June 2001 to November 2001, and left the camp after the United States air campaign began.

   2. Detainee was trained on the Kalishnikov rifle and tactics.

   3. Detainee is a member of the Eastern Turkistan Islamic Movement (ETIM).

   4. ETIM is an Islamic extremist movement linked to al Qaida.

   5. Detainee was arrested with Arabs at a Pakistani mosque.

4. The detainee has the opportunity to contest his designation as an enemy combatant. The Tribunal will endeavor to arrange for the presence of any reasonably available witnesses or evidence that the detainee desires to call or introduce to prove that he is not an enemy combatant. The Tribunal President will determine the reasonable availability of evidence or witnesses.

UNCLASSIFIED

R-1

# Memorandum



To : Department of Defense        Date  09/20/2004
      Office of Administrative Review
      for Detained Enemy Combatants
      Col. David Taylor, OIC, CSRT

From : FBI GTMO
       Counterterrorism Division
       Asst. Gen. Counsel ▓▓▓▓▓▓▓▓▓

Subject: REQUEST FOR REDACTION OF
         NATIONAL SECURITY INFORMATION
         ▓▓▓▓▓▓▓▓▓▓▓▓▓

    Pursuant to the Secretary of the Navy Order of 29 July 2004, Implementation of Combatant Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba, Section D, paragraph 2, the FBI requests redaction of the information herein marked[1]. The FBI makes this request on the basis that said information relates to the national security of the United States[2]. Inappropriate dissemination of said information could damage the national security of the United States and compromise ongoing FBI investigations.

CERTIFICATION THAT REDACTED INFORMATION DOES NOT SUPPORT A
DETERMINATION THAT THE DETAINEE IS NOT AN ENEMY COMBATANT

    The FBI certifies the aforementioned redaction contains no information that would support a determination that the detainee is not an enemy combatant.

    The following documents relative to ISN 277 have been redacted by the FBI and provided to the OARDEC:

FD-302 dated 06/27/2002
FD-302 dated 11/11/2002
FD-302 dated 12/12/2002

---

   [1]Redactions are blackened out on the OARDEC provided FBI document.

   [2]See Executive Order 12958

R-2



**U.S. Department of Homeland Security**
**U.S. Customs and Border Protection**
**Office of Border Patrol**

NOTE: This report is based upon information obtained from various open sources. No classified information was used in the preparation of this report.

f Border Patrol
1624 SSG Sims Road,
AF,
, TX 79908
Address: Attn. BPSCC P.O. Box 6017
, Texas 79906
nt D. Thew
5) 724-3218

# Terrorist Organization Reference Guide

**January 2004**

Pg 1 of 3

R-3

## 46. Continuity Irish Republican Army (CIRA)

**Description**

Terrorist splinter group formed in 1994 as the clandestine armed wing of Republican Sinn Fein (RSF), which split from Sinn Fein in 1986. "Continuity" refers to the group's belief that it is carrying on the original IRA goal of forcing the British out of Northern Ireland. Cooperates with the larger Real IRA.

**Activities**

CIRA has been active in Belfast and the border areas of Northern Ireland where it has carried out bombings, assassinations, kidnappings, hijackings, extortions, and robberies. On occasion, it has provided advance warning to police of its attacks. Targets include British military, Northern Ireland security targets, and loyalist paramilitary groups. Unlike the Provisional IRA, CIRA is not observing a cease-fire. CIRA continued its bombing campaign in 2002 with an explosion at a Belfast police training college in April and a bombing in July at the estate of a Policing Board member; other CIRA bombing attempts in the center of Belfast were thwarted by police.

**Strength**

Fewer than 50 hard-core activists. Eleven CIRA members have been convicted of criminal charges and others are awaiting trial. Police counterterrorist operations have reduced the group's strength, but CIRA has been able to reconstitute its membership through active recruiting efforts.

**Location/Area of Operation**

Northern Ireland, Irish Republic. Does not have an established presence on the UK mainland.

**External Aid**

Suspected of receiving funds and arms from sympathizers in the United States. May have acquired arms and materiel from the Balkans in cooperation with the Real IRA.

## 47. Eastern Turkistan Islamic Movement (ETIM)

**Description**

The Eastern Turkistan Islamic Movement (ETIM), a small Islamic extremist group based in China's western Xinjiang Province, is one of the most militant of the ethnic Uighur separatist groups pursuing an independent "Eastern Turkistan," which would include Turkey, Kazakhstan, Kyrgyzstan, Pakistan, Afghanistan, and Xinjiang. ETIM and other

47


Pg 2 of 3

overlapping militant Uighur groups are linked to the international mujahidin movement - and to a limited degree al-Qaeda - beginning with the participation of ethnic Uighur mujahidin in the Soviet/Afghan war.

### Activities

US and Chinese Government information suggests ETIM was responsible for terrorist acts inside and outside China. Most recently, in May 2002, two ETIM members were deported to China from Kyrgyzstan for plotting to attack the US Embassy in Kyrgyzstan as well as other US interests abroad.

### Strength

Unknown. Only a small minority of ethnic Uighurs supports the Xinjiang independence movement or the formation of an East Turkistan.

### Location/Area of Operation

Xinjiang Province and neighboring countries in the region.

### External Aid

ETIM is suspected of having received training and financial assistance from al-Qaeda.

## 48. First of October Antifascist Resistance Group (GRAPO)

a.k.a. Grupo de Resistencia Anti-Fascista Primero de Octubre

### Description

Formed in 1975 as the armed wing of the illegal Communist Party of Spain during the Franco era. Advocates the overthrow of the Spanish Government and its replacement with a Marxist-Leninist regime. GRAPO is vehemently anti-US, seeks the removal of all US military forces from Spanish territory, and has conducted and attempted several attacks against US targets since 1977. The group issued a communique following the 11 September attacks in the United States, expressing its satisfaction that "symbols of Primero de Octubre imperialist power" were decimated and affirming that "the war" has only just begun.

### Activities

GRAPO did not mount a successful terrorist attack in 2002. GRAPO has killed more than 90 persons and injured more than 200. The group's operations traditionally have been designed to cause material damage and gain publicity rather than inflict casualties, but the terrorists have conducted lethal bombings and close-range



MEMORANDUM FOR RECORD                                    24 Sep 04

FROM Office of Administrative Review of Detained Enemy Combatants (OARDEC)

Subject: List of Coalition Forces in Operation Enduring Freedom (OEF)

1.   The following is a list of coalition forces in Afghanistan (numbers include OEF and ISAF)

| | | |
|---|---|---|
| Albania | Germany | Philippines |
| Armenia | Greece | Poland |
| Australia | India | Portugal |
| Azerbaijan | Italy | Republic of Korea |
| Belgium | Japan | Romania |
| Bulgaria | Jordan | Russia |
| Canada | Kazakhstan | Slovakia |
| Czech Republic | Kenya | Spain |
| Denmark | Kuwait | Sweden |
| Djibouti | Kyrgyzstan | Tajikistan |
| Egypt | Latvia | Turkmenistan |
| Eritrea | Lithuania | Turkey |
| Estonia | Malaysia | Ukraine |
| Ethiopia | Netherlands | United Arab Emirates |
| Finland | New Zealand | United Kingdom |
| France | Norway | Uzbekistan |
| Georgia | Pakistan | |

2.   This list is derived from unclassified sources, including a Fact Sheet, dated June 14, 2002, issued by the Public Affairs Office of the United States Department of Defense.

EXHIBIT D-b

UNCLASSIFIED//~~FOUO~~

## Personal Representative Review of the Record of Proceedings

I acknowledge that on __2∅__ November 2004 I was provided the opportunity to review the record of proceedings for the Combatant Status Review Tribunal involving ISN #277.

___ I have no comments.

_X_ My comments are attached.



_____LtCol, USAF
Name

2∅ NOV ∅4
Date

Signature

ISN #277
Enclosure (5)

UNCLASSIFIED//~~FOUO~~

Comments on Tribunal Results for ISN 277

The detainee requested 17 witnesses who were with him during the period of interest in Afghanistan. These relevant witnesses were limited to two, to be chosen by the detainee, with any more than that being deemed redundant. The convening order makes no mention of the exclusion of relevant evidence based on redundancy. The definition of relevant is:

> Relevant information is information having any tendency to make the existence of any fact that is of consequence to the determination to the Tribunal more probable or less probable than it would be without the information.

It is more probable that 17 witnesses are telling the truth than 2, thus the witnesses should have been allowed under the above definition. Further there is a reasonable expectation that relevant witnesses will have information beyond what is anticipated that will elucidate the case.

During the Tribunal at approximately 1520 hours, witness ▓▓▓ was finished answering questions. The witness stated that he had additional information for the Tribunal and asked to make a statement. The president declined saying that the only information that the Tribunal needed to know had been asked as questions.

The above mentioned failure to view relevant testimony denied this detainee due process as outlined in the order of the convening authority.

20 NOV 04
Date

Lieutenant Colonel, USAFR
Personal Representative