IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SADAR DOE, *et al.*, ) | ) |
| Petitioners ) | ) |
| v. ) | Civil Action No. 05-CV-1704 (JR) |
| GEORGE W. BUSH, *et al.*, ) | ) |
| Respondents. ) | ) |

**MOTION FOR ORDER REQUIRING ACCESS TO CLIENTS
AND MOTION FOR ACCESS TO ALL CSRT and ARB FINDINGS**

Sadar Doe and Arkeen Doe ("Petitioners")[1] hereby move for an Order allowing Petitioner's counsel to have immediate access to the classified portions of the Petitioners' final records of Proceedings before the Combatant Status Review Tribunal ("CSRT") and all records relating to the Administrative Review Board ("ARB") process. Putatively classified portions of the CSRT proceedings were filed with the Court *in camera*, under seal pursuant to the Court's August 31, 2005 Order. Counsel for Petitioners has not seen the classified portions or been apprised of the contents.

However, the unclassified portions of the returns alone demonstrate that at least one of the Petitioners – and likely both – were recommended as eligible for release despite their classification as enemy combatants. The Government has not demonstrated a sufficient basis for holding these

---

[1] According to the returns that the Government has filed in this action, Petitioner Sadar Doe is identified as Bahtiyar Mahnut and Petitioner Arkeen Doe is identified as Arkina Amahmud. See generally, Respondents' Response to Order to Show Cause and Notice of *In Camera* Submission Under Seal dated September 21, 2005, Dkt. No. 9.

2

Petitioners and has withheld material information from Petitioners' counsel, and possibly from the Court. The unclassified returns allude to findings that the Tribunal *"urges favorable consideration for release of the Detainee,"* and *"urges that he not be forcibly returned to the People's Republic of China."* These findings (inadvertently quoted in the unclassified returns) have not been produced to counsel, and yet are critical to determining whether either Petitioner – or both – are eligible for immediate release. Counsel needs access to the classified CSRT material – and findings by any ARB proceedings – to properly develop these cases and prepare for consultation with the clients.

Accordingly, counsel moves for access to the classified materials that shed light on the CSRT and other proceedings in these cases, and seeks an Order to allow immediate access to the clients. In support of these Motions, Petitioners rely on the Memorandum of Law filed herewith.

Dated: September 29, 2005                             COUNSEL FOR PETITIONERS:

Of Counsel:

    Barbara Olshansky                          /s/
    Deputy Director                     Elizabeth P. Gilson
    CENTER FOR CONSTITUTIONAL     CT 002480
    RIGHTS                          383 Orange Street
    666 Broadway, 7th Floor          New Haven, CT 06511
    New York, NY 10012             Telephone:   (203) 777-4050
    Telephone:   (212) 614-6439       Facsimile:   (203) 787-3259

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SADAR DOE, *et al.*, )<br>)<br>Petitioners )<br>)     Civil Action No. 05-CV-1704 (JR)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents. )<br>) | |

**[PROPOSED] ORDER**

     The Court has before it Petitioners' Motion for Access to Clients and Access to CSRT Findings and ARB proceedings. After considering the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

     SO ORDERED, this ____ day of _____, 2005.

 

_____

Hon.

United States District Court

3