IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SADAR DOE, *et al.*,   )<br>   )<br>   Petitioners   )<br>   )<br>v.   )<br>   )<br>GEORGE W. BUSH, *et al.*,   )<br>   )<br>   Respondents.   )<br>   ) | Civil Action No. 05-CV-1704 (JR) |

**MOTION FOR EXPEDITED ENTRY OF PROTECTIVE ORDER**

　　Petitioner Sadar Doe (identified by Respondents as Bahtiyar Mahnut) and Petitioner Arkeen Doe (identified as Arkina Amahmud) ("Petitioners") move for the EXPEDITED ENTRY of the Amended Protective Order, Protected Information Order, and Supplemental Filing Procedures Order (together the "Protective Order), previously entered by Judge Joyce Hens Green in *Abdah v. Bush*, 04-CV-1254 (HHK) and the other coordinated Guantanamo Bay detainee cases. See Exhibits A through C. Entry of the Protective Order would permit counsel the opportunities accorded counsel in certain other pending Guantanamo Bay detainee cases in which the Protective Order has been entered to send mail to Petitioners by way of the legal mail procedures outlined in the Protective Order and to visit Petitioners at Guantanamo Bay, upon compliance with the terms of the Protective Order.

　　Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioners states that she conferred with Respondents' counsel, and was advised that Respondents' counsel does not consent to the entry of the Protective Order. Petitioners' counsel further represents that this Motion is made

without prejudice to Petitioners' right to challenge or seek modification of any particular terms of the Protective Order in the future.

| | |
|---|---|
| Dated: October 7, 2005 | COUNSEL FOR PETITIONERS: |

Of Counsel:

    Barbara Olshansky                              /s/
    Deputy Director                              Elizabeth P. Gilson
    CENTER FOR CONSTITUTIONAL      CT 002480
    RIGHTS                                   383 Orange Street
    666 Broadway, 7th Floor               New Haven, CT 06511
    New York, NY 10012                  Telephone:   (203) 777-4050
    Telephone:   (212) 614-6439         Facsimile:   (203) 787-3259