E L I Z A B E T H  P.  G I L S O N  ATTORNEY AT LAW

383 Orange Street
New Haven, CT 06511
Tel: 203.777.4050
Fax: 203.787.3259
egilson@snet.net

October 21, 2005

Hon. James Robertson
United States Court House
333 Constitution Avenue, N.W.
Washington, DC 20001

**Re: Sadar Doe vs. Bush, 05-CV-1704**

Dear Judge Robertson:

Enclosed are copies of original, executed documents filed with the Clerk of the Court pursuant to Paragraph 18 of the Amended Protective Order (Nov. 8, 2004) entered in the above-captioned matter.

I also enclose a courtesy copy of the Petitioners' Reply to Opposition to Motion for Order Requiring Access to Clients and Motion for Access to all CSRT and ARB Proceedings.

Very truly yours,


Elizabeth P. Gilson

Cc: CSO
    Counsel of record