UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SADAR DOE, *et al*, | : |
| Petitioner, | : |
| v. | : Civil Action No. 05-1704 (JR) |
| GEORGE W. BUSH, *et al,* | : |
| Respondents. | : |

### ORDER

Local Civil Rule 40.6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." LCvR 50.6(a). In order to efficiently resolve the issues raised in respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals and for Continued Coordination [#4], Judge Louis F. Oberdorfer has agreed to accept the transfer of the motion. And it is

**FURTHER ORDERED** that the motion is **transferred** to Judge Oberdorfer, with his consent, for consideration and decision.

JAMES ROBERTSON
United States District Judge