IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
SADAR DOE, *et al.,*          )
                              )
            Petitioners       )
                              )   Civil Action No. 05-CV-1704 (JR)
v.                            )
                              )
GEORGE W. BUSH, *et al.,*     )
                              )
            Respondents.      )
_____)

**PETITIONERS' NOTICE OF FILING**

Pursuant to the November 10, 2004 Order Supplementing and Amending Filing Procedures contained in November 8, 2004 Amended Protective Order, Petitioners hereby give notice that on this 6th day of February, the following submissions were sent by overnight courier to the Court Security Officer:  i) Motion to compel access to classified CSRT materials in accordance with the Court's Order dated August 31, 2005; and ii) Memorandum in Support.

Dated: February 6, 2006                    COUNSEL FOR PETITIONERS:


Of Counsel:

| | |
|---|---|
| Barbara Olshansky | _____/s/_____ |
| Deputy Director | Elizabeth P. Gilson |
| CENTER FOR CONSTITUTIONAL | CT 002480 |
| RIGHTS | 383 Orange Street |
| 666 Broadway, 7th Floor | New Haven, CT 06511 |
| New York, NY 10012 | Telephone:  (203) 777-4050 |
| Telephone:  (212) 614-6439 | Facsimile:  (203) 787-3259 |