*PREVIOUSLY FILED WITH CSO AND*
*CLEARED FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
SADAR DOE, *et al.*,          )
                              )
　　　　Petitioners            )
                              )   Civil Action No. 05-CV-1704 (JR)
v.                            )
                              )
GEORGE W. BUSH, *et al.*,     )
                              )
　　　　Respondents.           )
_____)

**MOTION TO COMPEL ACCESS TO CLASSIFIED FACTUAL RETURNS**

　　　　On August 21, 2005, this Court ordered Respondents "to make a return certifying the true cause of petitioner's detention. Such a return must be made on or before September 21, 2005." On September 21, 2005, Respondents partially complied with the Order, by producing unclassified returns to Petitioners' Counsel. Classified portions of the CSRT proceedings were filed with the Court *in camera*, under seal and were not produced to Counsel.

　　　　By this motion, Petitioners' counsel is seeking what this Court has ordered Respondents to provide: the record on which the CSRT based its determination that Petitioners' are "enemy combatants." By substantially denying Counsel access to that record, Respondents are frustrating the Court's Order and preventing Counsel from developing her case and preparing for consultation with her clients.

2

Accordingly, Counsel moves for an Order compelling access to the classified materials that shed light on the CSRT and other proceedings in these cases. In support of this Motion, Petitioners rely on the Memorandum of Law filed herewith.

Dated: February 6, 2006                                  COUNSEL FOR PETITIONERS:

Of Counsel:

| | |
|---|---|
| Barbara Olshansky | _____/s/_____ |
| Deputy Director | Elizabeth P. Gilson |
| CENTER FOR CONSTITUTIONAL | CT 002480 |
| RIGHTS | 383 Orange Street |
| 666 Broadway, 7th Floor | New Haven, CT 06511 |
| New York, NY 10012 | Telephone:  (203) 777-4050 |
| Telephone:  (212) 614-6439 | Facsimile:  (203) 787-3259 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                )
SADAR DOE, *et al.*,                     )
                                                )
      Petitioners         )
                                                )    Civil Action No. 05-CV-1704 (JR)
v.                                             )
                                                )
GEORGE W. BUSH, *et al.*,      )
                                                )
      Respondents.    )
_____)

### [PROPOSED] ORDER

The Court has before it Petitioners' Motion for Access to Clients and Access to CSRT Findings and ARB proceedings. After considering the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED, this ____ day of _____, 2005.

_____

Hon.

United States District Court

3