IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
SADAR DOE, et al.,            )
                              )
            Petitioners       )
                              )   Civil Action No. 05-CV-1704 (JR)(AK)
v.                            )
                              )
GEORGE W. BUSH, et al.,       )
                              )
            Respondents.      )
_____)
```

## MOTION FOR ORDER COMPELLING COUNSEL ACCESS

Sadar Doe (a/k/a Bahtiyar Mahnut) and Arkeen Doe (a/k/a Arkina Amahmud) ("Petitioners") hereby move for an Order to allow immediate access to their counsel. In support of this Motion, Petitioners rely on the Memorandum of Law filed herewith.

Dated: September 29, 2005                      COUNSEL FOR PETITIONERS:


Of Counsel:

   Barbara Olshansky                          _____/s/_____
   Deputy Director                            Elizabeth P. Gilson
   CENTER FOR CONSTITUTIONAL                  CT 002480
   RIGHTS                                     383 Orange Street
   666 Broadway, 7th Floor                    New Haven, CT 06511
   New York, NY 10012                         Telephone:   (203) 777-4050
   Telephone:   (212) 614-6439                Facsimile:   (203) 787-3259

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SADAR DOE, *et al.*, | ) ) ) | |
| Petitioners | ) ) | Civil Action No. 05-CV-1704 (JR)(AK) |
| v. | ) ) | |
| GEORGE W. BUSH, *et al.*, | ) ) | |
| Respondents. | ) ) | |

## **[PROPOSED] ORDER**

The Court has before it Petitioners' Motion for Order Compelling Access to Clients. After considering the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED, this _____ day of _____, 2006.

_____

Hon.

United States District Court

2