IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SADAR DOE, *et al.* ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-1704 (JR) (AK) |

### **[Proposed] ORDER**

Upon consideration of respondents' Motion For Stay and Reconsideration of Magistrate Judge's May 11, 2006 Memorandum Order, it is hereby

ORDERED that the Magistrate Judge's Memorandum Order of May 11, 2006 is vacated and set aside.

SO ORDERED.


DATED: _____


_____
UNITED STATES DISTRICT JUDGE