*Previously Cleared by CSO for Public Filing*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USAMA HASSAN ABU KABIR, *et al*     Petitioners <br><br> v. <br><br> GEORGE W. BUSH, *et al.,* <br><br>     Respondents. | Civil Action No. 05-CV-1704 (JR)(AK) |
| JAMAL KIYEMBA, *et al*.,     Petitioners <br><br> v. <br><br> GEORGE W. BUSH, *et al.,* <br><br>     Respondents. | Civil Action No. 05-CV-1509 (RMU)(AK) |

## JOINT EMERGENCY MOTION
## FOR ORDER REQUIRING BASE ACCESS
## FOR PREVIOUSLY-CLEARED UIGHUR TRANSLATOR

**INTRODUCTION**

Petitioners are Chinese Uighur detainees held by the United States Government at Guantanamo Bay Naval Station ("Guantanamo Bay"). Petitioners file this emergency motion for an order requiring base access for a previously-cleared Uighur translator in connection with client visits scheduled to begin on July 13, 2006. The subject matter of the motion pertains to the interpretation or construction of the Protective Orders entered in the above-captioned cases, and is within the

LITDOCS/646673.1

jurisdiction of this Court (Kay, M.J.) to resolve pursuant to the November 2, 2005 Order of the Chair of the Calendar and Case Management Committee (Kessler, J.) and LCVR 72.2(a).  In support of the motion, petitioners state that the government has the authority to waive clearance procedures for travel to the base, which is the proper remedy in this instance, where security clearance has already been granted previously and where counsel has a bona fide need for the translator's services.  In addition, petitioners rely on the Memorandum of Law filed herewith.

Dated: July 7, 2006                                               COUNSEL FOR PETITIONERS:


Of Counsel:

Barbara Olshansky                                        _____/s/_____
Deputy Director                                          Elizabeth P. Gilson
CENTER FOR CONSTITUTIONAL                                CT 002480
RIGHTS                                                   383 Orange Street
666 Broadway, 7th Floor                                  New Haven, CT 06511
New York, NY 10012                                       Telephone:   (203) 777-4050
Telephone:    (212) 614-6439                             Facsimile:   (203) 787-3259


                                                         _____/s/_____
                                                         Sabin Willett
                                                         Neil G. McGaraghan
                                                         Jason S. Pinney
                                                         BINGHAM MCCUTCHEN LLP
                                                         150 Federal Street
                                                         Boston, MA  02110-1726
                                                         Telephone: (617) 951-8000
                                                         Facsimile:  (617) 951-8925

                                                         Susan Baker Manning
                                                         Hope M. Jarkowski
                                                         BINGHAM McCUTCHEN LLP
                                                         1120 20th Street, NW, Suite 800
                                                         Washington, DC  20036
                                                         Telephone: (202) 778-6150
                                                         Facsimile:  (202) 778-6155

3

---

[1]