IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
USAMA ABU KABIR, *et al.,*          )
                                    )
        Petitioners                 )
                                    )    Civil Action No. 05-CV-1704 (JR)(AK)
v.                                  )
                                    )
GEORGE W. BUSH, *et al.,*           )
                                    )
        Respondents.                )
_____)


## PETITIONERS' NOTICE OF FILING

Pursuant to the November 10, 2004 Order Supplementing and Amending Filing Procedures contained in the November 8, 2004 Amended Protective Order, Petitioners hereby give notice that on this 14th day of November, 2006, the following submission was sent by overnight courier to the Court Security Officer:  i) Petitioners' Memorandum in Opposition to Respondents' Objection to Magistrate Judge's October Report and Recommendation Denying the government's Motion to Dismiss for Lack of Next Friend Standing.


Dated: November 14, 2006                COUNSEL FOR PETITIONERS:


Of Counsel:

    Barbara Olshansky                       _____/s/_____
    Deputy Director                         Elizabeth P. Gilson
    CENTER FOR CONSTITUTIONAL               CT 002480
    RIGHTS                                  383 Orange Street
    666 Broadway, 7th Floor                 New Haven, CT 06511
    New York, NY 10012                      Telephone:  (203) 777-4050
    Telephone:   (212) 614-6439             Facsimile:  (203) 787-3259