IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USAMA HASAN ABU KABIR *et al.* ) | |
| ) | |
| *Petitioners* ) | |
| ) | No. 05-CV-1704(JR)(AK) |
| v. ) | |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents.* ) | |

**PETITIONERS' NOTICE REGARDING THE UNCONSTITUTIONALITY OF
THE MILITARY COMMISSIONS ACT OF 2006**

Petitioners respectfully give notice that at the appropriate time they intend to argue, *inter alia*, that the Military Commissions Act of 2006, Pub. L. No. 109-366 ("MCA"), which purports to suspend the right of habeas corpus "of an alien detained by the United States who has been determined by the United States to have been properly detained as an enemy combatant or is awaiting such determination," *id.* at Sec. 7, is invalid under the Suspension Clause, Article I, Sec. 9, Clause 2, of the United States Constitution. The constitutional validity of the MCA is currently being briefed before the District of Columbia Circuit Court of Appeals in the pending appeals, *Boumediene* v. *Bush*, No. 05-5062 (D.C. Cir.), and *Al Odah* v. *United States*, No. 05-5064 (D.C. Cir.), resolution of which Petitioners in the above-captioned case await.

Dated: November 13, 2006                                    COUNSEL FOR PETITIONERS:

Of Counsel:

Barbara Olshansky
Deputy Director                                             Elizabeth P. Gilson
CENTER FOR CONSTITUTIONAL                                   CT 002480
RIGHTS                                                      383 Orange Street
666 Broadway, 7th Floor                                     New Haven, CT 06511
New York, NY 10012                                          Telephone:   (203) 777-4050
Telephone:   (212) 614-6439                                 Facsimile:   (203) 787-3259