IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| USAMA HASAN ABU KABIR, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | Civil Action No. 05 CV 1704 (JR) (AK) |

**NOTICE OF APPEARANCE AND CERTIFICATION**
**OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of the petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:   New York, New York
         January 8, 2007

Respectfully submitted,

Counsel for Petitioners:

/s/ J. Wells Dixon
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499