**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SADAR DOE, *et al*,                        :
                                           :
      Petitioner,                      :
                                           :
    v.                                   : Civil Action No. 05-1704 (JR)
                                           :
GEORGE W. BUSH, *et al,*                    :
                                           :
      Respondents.                     :

<u>**ORDER**</u>

It is by the Court *sua sponte* **ORDERED**, on the authority of <u>Boumediene v. Bush</u> and <u>Al Odah v. United States</u>, 476 F.3d 981 (D.C. Cir.), <u>cert. denied</u> 549 U.S. ___ (April 2, 2007), that this case is **dismissed for lack of subject matter jurisdiction**.


                           JAMES ROBERTSON
                 United States District Judge