IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
**USAMA HASSAN ABU KABIR**, *et al.,*    )
                                                )
            Petitioners                          )
                                                )    Civil Action No. 05-CV-1704 (JR)
v.                                              )
                                                )
**GEORGE W. BUSH**, *et al.,*            )
                                                )
            Respondents.                         )
                                                )
_____)

**PETITIONERS' NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION
WITH THEIR MOTION TO ALTER OR AMEND THE *SUA SPONTE* DISMISSAL
AND MOTION FOR A STAY-AND-ABEY ORDER**

Petitioners hereby respectfully notify this Court that on June 29, 2007, the United States Supreme Court granted a petition for rehearing, vacating its April 2, 2007 denial of petitions for writs of certiorari, and granted certiorari in *Boumediene v. Bush*, No. 06-1195, and *Al Odah v. Bush*, No. 06-1196. *Boumediene v. Bush,* ___ S.Ct. ___ (U.S. June 29, 2007). The Supreme Court's reversal of course and its decision to review the D.C. Circuit's ruling further supports Petitioners' request that this Court reconsider its *sua sponte* order dismissing the Petition for Writ of Habeas Corpus for lack of jurisdiction, and instead enter an order preserving the *status quo* by reinstating the dismissed Petition and holding such litigation in abeyance in accordance with Petitioners' April 16, 2007 motion.

July 6, 2007                                Respectfully submitted,


                                                /s/ Elizabeth P. Gilson
Elizabeth P. Gilson
CT Bar No. 002480
383 Orange Street
New Haven, CT  06511
Tel:  (203) 777-4050
Fax:  (203) 787-3259


Shayana Kadidal (Bar No. 454248) CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

Counsel for Petitioners

2