IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USAMA ABU KABIR, *et al.*, ) | |
| ) | |
| Petitioners ) | |
| ) | Civil Action No. 05-CV-1704 (JR) |
| v. ) | |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## PETITIONERS' NOTICE OF FILING

Pursuant to the November 10, 2004 Order Supplementing and Amending Filing Procedures contained in the November 8, 2004 Amended Protective Order, Petitioners hereby give notice that on this 16th day of June, 2008, the following submission was sent by overnight courier to the Court Security Officer:  i) Petitioners' Notice of Supplemental Authority in Connection with their Motion to Alter or Amend the Court's *Sua Sponte* Dismissal of *Habeas* Petition with Points and Authorities, Emergency Renewed Motion to Reinstate the Petition for *Habeas Corpus*, and Emergency Motion to Schedule an Immediate Status Conference.

Dated: June 16, 2008                                         COUNSEL FOR PETITIONERS:

Of Counsel:

| | |
|---|---|
| J.Wells Dixon | _____/s/_____ |
| WDixon@ccrjustice.org | Elizabeth P. Gilson |
| CENTER FOR CONSTITUTIONAL | egilson@snet.net |
| RIGHTS | 383 Orange Street |
| 666 Broadway, 7th Floor | New Haven, CT 06511 |
| New York, NY 10012 | Telephone:   (203) 777-4050 |
| Telephone:   (212) 614-6439 | Facsimile:   (203) 787-3259 |