IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
**USAMA HASSAN ABU KABIR**, *et al.,*    )
                                                          )
       Petitioners                         )
                                                          )   Civil Action No. 05-CV-1704 (JR)
v.                                                       )
                                                          )
**GEORGE W. BUSH**, *et al.,*                 )
                                                          )
       Respondents.                    )
                                                          )
_____)

### PETITIONERS' NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH THEIR EMERGENCY RENEWED MOTION TO <u>REINSTATE PETITION FOR HABEAS CORPUS</u>

      Petitioners hereby respectfully notify this Court that on June 23, 2008, the United States Court of Appeals for the District of Columbia Circuit issued a Notice that an Opinion had issued in the case of *Huzaifa Parhat v. Gates*, 06-1397 (attached). Pursuant to the Detainee Treatment Act of 2005, the court held invalid a decision of a Combat Status Review Tribunal that petitioner Parhat, is an enemy combatant. Parhat, like Petitioners, is an ethnic Uighur from the Xinjiang Uyghur Autonomous Region, a province of the People's Republic of China.

      The *Parhat* Court directed the government to release or to transfer Parhat, or to expeditiously hold a new Tribunal consistent with the court's opinion. The court also stated that its disposition was without prejudice to Parhat's right to seek release immediately through a writ of habeas corpus in the District Court, pursuant to the Supreme Court's decision in *Boumediene v. Bush*, No. 06-1195, slip op. at 65-66 (U.S. June 12, 2008). Because the opinion contains classified information and information that the government had

initially submitted for treatment under seal, a redacted version for public release is in preparation.

The *Parhat* decision further supports Petitioners' request that this Court reconsider its *sua sponte* order dismissing the Petition for Writ of Habeas Corpus for lack of jurisdiction, and instead enter an order reinstating the Petition to the docket.

June 23, 2008                                     Respectfully submitted,


/s/ Elizabeth P. Gilson
Elizabeth P. Gilson
egilson@snet.net
383 Orange Street
New Haven, CT  06511
Tel:  (203) 777-4050
Fax:  (203) 787-3259


J. WELLS DIXON
WDixon@CCRJustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

Counsel for Petitioners