# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-1397**                                                   **September Term 2007**

**Filed On:** June 23, 2008

Huzaifa Parhat,

    Petitioner

    v.

Robert M. Gates, Secretary of Defense, et al.,

    Respondents

**BEFORE:**     Sentelle, Chief Judge, and Garland and Griffith, Circuit Judges

### N O T I C E

On Friday, June 20, 2008, the court issued an opinion to the parties in the above-captioned case. Pursuant to the Detainee Treatment Act of 2005, the court held invalid a decision of a Combatant Status Review Tribunal that petitioner Huzaifa Parhat is an enemy combatant. The court directed the government to release or to transfer Parhat, or to expeditiously hold a new Tribunal consistent with the court's opinion. The court also stated that its disposition was without prejudice to Parhat's right to seek release immediately through a writ of habeas corpus in the district court, pursuant to the Supreme Court's decision in *Boumediene v. Bush*, No. 06-1195, slip op. at 65-66 (U.S. June 12, 2008). Because the opinion contains classified information and information that the government had initially submitted for treatment under seal, a redacted version for public release is in preparation.

**Per Curiam**

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                             BY:     /s/Nancy G. Dunn
                                       Deputy Clerk