IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
USAMA ABU KABIR, *et al.*,                )
                                          )
        Petitioners                       )
                                          )    Civil Action No. 05-CV-1704 (JR)
v.                                        )
                                          )
GEORGE W. BUSH, *et al.*,                 )
                                          )
        Respondents.                      )
_____)

## PETITIONERS' NOTICE OF FILING

Pursuant to the November 10, 2004 Order Supplementing and Amending Filing Procedures contained in the November 8, 2004 Amended Protective Order, Petitioners hereby give notice that on this 26th day of June, 2008, the following submission was sent by overnight courier to the Court Security Officer: i) Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction; ii) Memorandum of Points and Authorities and iii) Proposed Order

Dated: June 26, 2008                              COUNSEL FOR PETITIONERS:

Of Counsel:

J.Wells Dixon                                     _____/s/_____
WDixon@ccrjustice.org                             Elizabeth P. Gilson
CENTER FOR CONSTITUTIONAL                         egilson@snet.net
RIGHTS                                            383 Orange Street
666 Broadway, 7th Floor                           New Haven, CT 06511
New York, NY 10012                                Telephone:  (203) 777-4050
Telephone:  (212) 614-6439                        Facsimile:  (203) 787-3259