*CLEARED BY CSO FOR PUBLIC FILING*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
USAMA HASSAN ABU KABIR,            )
*et al.*                           )
      Petitioners        )
                         )   Civil Action No. 05-CV-1704 (JR)
v.                                 )
                         )
GEORGE W. BUSH, *et al.,*          )
                         )
      Respondents.       )
_____)

**PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

For the reasons set forth in Petitioners' Statement of Points and Authorities in Support of Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction, Petitioners move for a temporary restraining order, and a preliminary injunction, pending resolution of these *habeas* petitions, restraining and enjoining Respondents from detaining Petitioners in any but the least restrictive camp within JTF-GTMO (without limitation, precluding further imprisonment in the isolation regimens of Camps 5 and 6).

Pursuant to Local Rule 7(m), counsel states that she has contacted Respondent's counsel and has been advised that Respondent does not consent to this motion.

As the prisoners are destitute, the Court should waive any requirement for a bond.

A grant of the relief requested herein lies within the sound discretion of the Court.

**WHEREFORE**, Petitioners pray:

1.      For an immediate hearing on this motion;

2.      For an order temporarily restraining, and then preliminarily enjoining Respondents from holding them in any camp but Camp 4 of JTF-GTMO, and from holding them under any conditions of isolation or solitary confinement; and

3.      In the alternative to the relief requested in paragraph 2, above, Petitioners request that the Court order Respondents to notify the Court whether they will voluntarily consent to the relief set forth in paragraph 2, and in the event they will not, that the Court order the Petitioners transported to the Court, where they shall appear and appropriate conditions of confinement, if any, shall be imposed pending final disposition of their *habeas* petitions.

4.      Petitioners request such other and further relief as may be just and proper.

Dated: June 26, 2008                                COUNSEL FOR PETITIONERS:

Of Counsel:

J. Wells Dixon
Wdixon@ccr-ny.org
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6439

____/s/ Elizabeth P. Gilson_____
Elizabeth P. Gilson
egilson@snet.net
383 Orange Street
New Haven, CT 06511
Telephone:    (203) 777-4050
Facsimile:    (203) 787-3259