UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
USAMA HASSAN ABU KABIR,            )
*et al*                            )
      Petitioners   )
                     )   Civil Action No. 05-CV-1704 (JR)
v.                                 )
                     )
GEORGE W. BUSH, *et al.*,          )
                     )
      Respondents.  )
_____)

**[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

For the reasons set forth in Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction, the Court herby GRANTS Petitioners Motion for Temporary Restraining Order and Preliminary Injunction.

    1.    Respondents are temporarily restrained, and preliminarily enjoined from holding Petitioners in any camp but Camp 4 of JTF-GTMO, and from holding them under any conditions of isolation or solitary confinement.

                                                    _____s/_____
                                                    JAMES ROBERTSON
                                                    United States District Judge