CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

USAMA HASAN ABU KABIR, )
       ET AL. )
                 Plaintiff )
                 v. )   Civil Case Number 05-1704(RMU)
 
GEORGE W. BUSH , ET AL. )   Category   G
                 Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 10, 2008 from Judge James Robertson to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case Related to CA 05-1509 before Judge Urbina)

                              JUDGE ELLEN S. HUVELLE
                              Chair, Calendar and Case
                              Management Committee

cc:   Judge Robertson & Courtroom Deputy
       Judge Urbina & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk