IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
|  | : Misc. No. 08-442 (TFH) |
| IN RE: | : |
|  | : Civil Action No. 05-1509 (RMU) |
| GUANTANAMO BAY | : Civil Action No. 05-1602 (RMU) |
| DETAINEE LITIGATION | : Civil Action No. 05-1704 (RMU) |
|  | : Civil Action No. 05-2386 (RMU) |

**[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

For the reasons set forth in Petitioners' Motion for Temporary Restraining Order and

Preliminary Injunction, the Court herby GRANTS Petitioners Motion for Temporary Restraining

Order and Preliminary Injunction.

      1.     Respondents are temporarily restrained, and preliminarily enjoined from

holding Petitioners in any camp but Camp 4 of JTF-GTMO, and from holding them

under any conditions of isolation or solitary confinement.


_____s/_____
RICARDO M. URBINA
United States District Judge